DAVID A. SHANEYFELT, State Bar No. 240777
dshaneyfelt@alvarezfirm.com
MITCHELL A. ENRIQUEZ, State Bar No. 364265
menriquez@alvarezfirm.com
**THE ALVAREZ FIRM, A Law Corporation**
24005 Ventura Boulevard
Calabasas, California 91302
TEL: (818) 224-7077

JOHN S. EHRETT, District of Columbia Bar No. 1657026
jehrett@lexpolitica.com
*Pro hac vice (Pending)*
ERIN MORROW HAWLEY, District of Columbia Bar No. 500782
ehawley@lexpolitica.com
*Pro hac vice (Pending)*
**LEX POLITICA PLLC**
700 Pennsylvania Avenue SE, Ste 440
Washington, D.C. 20003
TEL: (512) 354-1783

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. BRAY LLC, a California limited liability corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN FEUCHT MINISTRIES, INC., a Pennsylvania domestic nonprofit corporation; LET US WORSHIP, a Texas nonprofit corporation <br><br> Defendants. | CASE NO.: 8:26-cv-00527-DOC-KES <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Assigned to: Judge David O. Carter <br> Magistrate Judge Karen E. Scott <br><br> Complaint Filed: March 19, 2026 <br><br> Date:  7/27/2026 <br> Time:  8:30 a.m. <br> Dept.:  10A |

**DEFENDANTS' MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 27, 2026, at 8:30 a.m., or as soon thereafter as the matter can be heard in Courtroom 10A of the United States District Court for the Central District of California, Ronald Reagan Federal Building and Courthouse, 411 West 4th Street, Santa Ana, California, before the Honorable David O. Carter, United State District Judge, Defendants Sean Feucht Ministries, Inc., and Let Us Worship, ("Defendants") will and hereby do move this Court to dismiss this action.

The grounds for this motion are based on Federal Rule of Civil Procedure 12(b)(1) (lack of subject-matter jurisdiction) and Federal Rule of Civil Procedure 12(b)(6) (failure to state a claim upon which relief may be granted).

Plaintiff S.R. Bray LLC was not injured by Let Us Worship, so this Court lacks subject-matter jurisdiction over that party. Plaintiff lacks constitutional standing to proceed against Defendants, Plaintiff has failed to properly plead its claims, and several of Plaintiff's claims are time-barred. Furthermore, the church autonomy doctrine bars Plaintiff's suit as a constitutional matter.

Accordingly, Defendants seek an order from this Court dismissing this action.

The Alvarez Firm, a Law Corp.
24005 Ventura Blvd.
Calabasas, CA 91302

– 1 –

**DEFENDANTS' MOTION TO DISMISS**

## STATEMENT OF COMPLIANCE WITH L.R. 7-3

Counsel for Defendants conferred telephonically with counsel for Plaintiff on May 29, 2026. Defendants' counsel detailed the proposed motion to dismiss the complaint on multiple grounds, and proposed nonlitigation resolution of this matter by proposing that Defendants submit to a confidential third-party internal audit, with results to be made available to Plaintiff. Plaintiff subsequently declined that offer of resolution, precipitating this motion.

DATED:  June 5, 2026                    THE ALVAREZ FIRM

                                        **/s/ David A. Shaneyfelt**
                                        **David A. Shaneyfelt**
                                        **Attorney for Defendants**
                                        **SEAN FEUCHT MINISTRIES, INC. and**
                                        **LET US WORSHIP**

The Alvarez Firm, a Law Corp.
24005 Ventura Blvd.
Calabasas, CA 91302

– 2 –

**DEFENDANTS' MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I, David A. Shaneyfelt, an attorney, hereby certify that on June 5, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number 8:26-cv-00527-DOC-KES. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

                                          /s/ David A. Shaneyfelt
                                          David A. Shaneyfelt

The Alvarez Firm, a Law Corp.
24005 Ventura Blvd.
Calabasas, CA 91302

**DEFENDANTS' MOTION TO DISMISS**